UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY ) ) ) PLAINTIFF ) ) vs. ) ) ANTHONY DEWAYNE POYNTER, *et. al.* ) ) ) ) DEFENDANTS ) | Civil Action No. 1:10CV-00161-JHM ELECTRONICALLY FILED |

## **MOTION TO USE DEPOSITION AT TRIAL**

Comes the Plaintiff, Great American Insurance Company, by and through counsel, pursuant Federal Rule of Civil Procedure 32, and for its Motion to Use the Deposition of Jerry Hardison at trial states as follows:

Great American attempted to subpoena Jerry Hardison to testify live at trial in order to elicit testimony regarding the allegations made in the Complaint. However, when the investigator attempted to serve Mr. Hardison, he learned that he was currently in Florida and had no intention to return in time for the trial. Shortly after the investigator attempted to serve Mr. Hardison, former counsel for Mr. Hardison in this matter (who apparently received word that our investigator was looking for Mr. Hardison) phoned counsel for Great American and informed him that Mr. Hardison was currently in Florida and did not intend to return before the trial.

Pursuant to Federal Rule of Civil Procedure 32(a)(4), a party may use the deposition of a witness at trial for any reason if "the witness is more than 100 miles from the place of hearing or trial or is outside the United States" **or** "the party offering the deposition could not procure the

witness's attendance by subpoena" among other reasons. As noted above, Mr. Hardison is both more than 100 miles from the location of the trial and Great American is unable to procure his attendance by subpoena. Furthermore, counsel for the remaining Defendants, James Alexander and Dorothy Alexander, were provided notice of and attended the deposition Great American seeks to use.

    WHEREFORE, Plaintiff, Great American Insurance Company, respectfully requests that that this Court allow it to use the entire deposition of Jerry Hardison taken in this matter at trial pursuant to Federal Rule of Civil Procedure 32 due to his unavailability and Great American's inability to subpoena him for trial.

Respectfully submitted,

*/s/ Gene F. Zipperle, Jr.*
Gene F. Zipperle, Jr.
Benjamin A. Bellamy
Hurstbourne Place, Suite 700
9300 Shelbyville Road
Louisville, Kentucky 40202
Telephone: (502) 583-7012
*Counsel for Plaintiff*
*Great American Insurance Company*

## **CERTIFICATE**

I hereby certify that on the 15th day of January, 2014, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System, and the foregoing document was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in the case by electronic mail including:

Mark H. Flener
1143 Fairway Street, Suite 101
P. O. Box 8
Bowling Green, Kentucky 42102
(270) 783-8400
(270) 783-8872 (Fax)
mflener@bellsouth.net
*Counsel for Defendants*
*James Alexander*
*Dorothy Alexander*

I further certify that a copy of the foregoing document and Notice of Electronic Filing, properly addressed and postage pre-paid, will be deposited in the United States Mail on January 16, 2014 to:

Anthony Dewayne Poynter
561 Brentwood
Glasgow, Kentucky 42141
*Defendant*

> */s/ Gene F. Zipperle, Jr.*
> Counsel for Plaintiff
> Great American Insurance Company