**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:10CV-00161-JHM**

**GREAT AMERICAN INSURANCE COMPANY**                      **PLAINTIFF**

vs.

**ANTHONY DEWAYNE POYNTER,
JAMES ALEXANDER and DOROTHY ALEXANDER**          **DEFENDANTS**

## REPORT

Settlement negotiations were conducted in this action on January 21, 2014, commencing at 1:00 p.m. and concluding at approximately 3:45 p.m., with the following in attendance:

| | |
|---|---|
| For the Plaintiff: | Gene F. Zipperle, Jr., Attorney |
| | Dan Hurrelbrink, Sr. Fin. Product & Claim Adjuster, |
| For the Defendant: | Mark Flener, Attorney |
| | Dewayne Poynter, Defendant |
| | James Alexander, Defendant |

Following negotiations between the Court and counsel and/or the parties, the undersigned reports that the parties reached an amicable resolution of the case. Counsel will submit appropriate settlement documents for consideration by United States Chief Judge Joseph H. McKinley, Jr.

ENTERED this

Copies to:   Counsel of Record
             Erica Skinner, Case Manager